IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANNETTE WILLIAMS,**

    **Plaintiff,**

v.

**ENRIQU P. PERINETTI, M.D.,
ST. LOUIS UROLOGICAL
SURGEONS, INCORPORATED, and
THE WASHINGTON UNIVERSITY,**

    **Defendants.**    No. 02-CV-651 DRH

### ORDER

**HERNDON, District Judge:**

    Before the Court is Defendant's Motion for Leave to File an Amended Answer to Plaintiff's First Amended Complaint. (Doc. 63.) The Court **GRANTS** Defendant's motion and **GRANTS LEAVE** to file an amended answer.

    **IT IS SO ORDERED.**

    Signed this 30th day of August, 2005.

    /s/    David RHerndon
    **United States District Judge**