IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANNETTE WILLIAMS,**

**Plaintiff,**

**v.**

**BARNES JEWISH HOSPITAL, et al.,**

**Defendants.**                                              **No. 02-CV-651-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Voluntary Dismissal of Defendant Barnes Jewish Hospital having been executed by counsel for Plaintiff and Defendant Barnes Jewish Hospital and filed with this Court (Doc. 103), **IT IS ORDERED** that Defendant Barnes Jewish Hospital is hereby voluntarily dismissed without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Signed this 25th day of May, 2007.

/s/      David  RHerndon
**United States District Judge**